Thomas F. Sparacio / AnnMarie Sparacio / Sister / P.O.A. Guardian
8136 April Blossom St.
Las Vegas, Nevada 89113

2:20-cv-00274-JAD-NJK

In The United States District Court
For the District of Nevada

Thomas F. Sparacio

    Plaintiff,

vs.

Local 872
EEOC Charge no. 37A-2019-00001

    Defendant,

Dated: 2-7-20

Complaint.

The Respondent discriminates against me on the basis of disability. The Respondent subjects terms & conditions of employment and/or has a practice in place that has a disparate impact of individuals. I filed my complaint with Nevada Equal Rights Commission on April 2, 2018. I suffered a work related injury on 7/21/17 which resulted in my disability. T.B.I injury. Since then required medical care; however, The Respondent continually refuses to pay for my needed medical rehab, never had issues with Respondent paying for minor medical issues or preventive care; however became disabled, they refuse to pay. I have heard that the Respondent has a practice in place to for treatment for critically ill and/or disabled individuals in hopes the persons eligibility runs out or person dies. I feel the Respondent's actions violate the Americans with Disabilities Act Amendments

Thomas F. Sparacio / AnnMarie Sparacio / P.o.A guardian
caregiver

Jurisdiction
Federal Court

Demand
$50 million dollars



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
TTY (213) 894-1121
FAX (213) 894-1118

November 21, 2019

Thomas Sparacio
8136 April Blossom Street
Las Vegas, NV 89113

RE:   Sparacio v. Local 872
      EEOC Charge Number: 37A-2019-00001

Dear Mr. Sparacio:

   The purpose of this letter is to inform you that the Los Angeles District Office of the Equal Employment Opportunity Commission (EEOC) has concluded its investigation of the above-referenced charge of employment discrimination.  Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found.  After EEOC management reviewed the information that you, and the Respondent provided, it was believed that additional investigation will not result in our finding a violation.

   The Union does not provide health and welfare benefits.  These benefits are administrated by a Board of Trustees.  The Union has no control of the Board.

   The EEOC will be terminating its investigation into your allegations.  We fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. You will soon receive your Dismissal and Notice of Right to Sue.  The Dismissal and Notice of Right to Sue is final.  It will explain your right to pursue the matter in court.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90 days of receiving the Notice of Right to Sue.  If you do not file a lawsuit within the required 90-day period, your right to sue in the matter will expire and cannot be restored by the EEOC.

Sincerely,

Karrie L. Maeda,
State, Local & Tribal Coordinator

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Thomas Sparacio<br>8136 April Blossom Street<br>Las Vegas, NV 89113 | **From:** Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 34B-2018-00815 | **Karrie L. Maeda,**<br>**State & Local Coordinator** | (213) 894-1100 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Rosa M. Viramontes,**
**District Director**

November 21, 2019
*(Date Mailed)*

Enclosures(s)

cc:
    LOCAL 872
    2345 Red Rock Street
    Las Vegas, NV 89146