# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Thomas F. Sparacio/Ann Marie Sparacio (Sister/Guardian),<br><br>     Plaintiff<br><br>v.<br><br>Local 872,<br><br>     Defendant | Case No.: 2:20-cv-00274-JAD-NJK<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 6] |

Defendant Local 872 filed a motion to dismiss this action under Federal Rule of Civil Procedure 12(b)(6).[1] The deadline to oppose that motion was July 30, 2020, and plaintiff filed neither a response nor a request to extend the deadline to provide one.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." And plaintiff was expressly notified that if she failed to file a response to Local 872's motion to dismiss by the deadline, "[t]he court may . . . grant the motion and dismiss" her claims under this local rule.[2] The court applies Local Rule 7-2(d) and construes plaintiff's failure to file a timely response to Local 872's motion as consent to grant it.

---

[1] ECF No. 6 (motion to dismiss).

[2] ECF No. 8 (*Klingele* & *Rand* notice).

IT IS THEREFORE ORDERED that the motion to dismiss **[ECF No. 6] is GRANTED**, and THIS CASE IS DISMISSED.  The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: August 5, 2020

_____
U.S. District Judge Jennifer A. Dorsey